delivered to the principal debtor and also the amount in excess of the legal interest which the principal debtor has paid to the defendant, in which event the judgment as so modified and the order appealed from should be affirmed, without costs.  Present — Ingraham, P. J., McLaughlin, Scott, Miller and Dowling, JJ.  Judgment reversed and new trial ordered, unless plaintiff stipulates as stated in memorandum.  Order to be settled on notice.

METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK, Respondent, v. JAMES PARKES, Appellant.

Motion by the defendant for an order reducing judgment.

PER CURIAM: The judgment should be reversed and a new trial ordered unless the plaintiff stipulates to reduce the judgment as entered by deducting therefrom the defendant's proportionate amount of the coupons delivered to the principal debtor and also the amount in excess of the legal interest which the principal debtor has paid to the defendant, in which event the judgment as so modified and the order appealed from should be affirmed, without costs.  Present — Ingraham, P. J., McLaughlin, Scott, Miller and Dowling, JJ.  Judgment reversed and new trial ordered, unless plaintiff stipulates as stated in memorandum.  Order to be settled on notice.

METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK, Respondent, v. RICHARD M. MONTGOMERY, Appellant.

Motion by the defendant for an order reducing judgment.

PER CURIAM: The judgment should be reversed and a new trial ordered unless the plaintiff stipulates to reduce the judgment as entered by deducting therefrom the defendant's proportionate amount of the coupons delivered to the principal debtor and also the amount in excess of the legal interest which the principal debtor has paid to the defendant, in which event the judgment as so modified and the order appealed from should be affirmed, without costs.  Present — Ingraham, P. J., McLaughlin, Scott, Miller and Dowling, JJ.  Judgment reversed and new trial ordered, unless plaintiff stipulates as stated in memorandum.  Order to be settled on notice.

PAUL BELITS, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.

Appeal from a judgment entered upon a verdict and from an order denying motion for new trial.

Judgment and order affirmed, with costs.  No opinion.  Present — Ingraham P. J., McLaughlin, Scott, Miller and Dowling, JJ.  Ingraham, P. J., dissented.

INGRAHAM, P. J. (dissenting): I dissent upon the ground that the schoolhouse had been closed for repairs and the accident happened during that time and because of the unsecure condition of the ceiling, of which the defendant had no knowledge.